**Keith A. COUSINS, Petitioner—
Appellant,**

v.

**MOVIE GALLERY, INC., formerly do-
ing business as Game Crazy, formerly
doing business as M.G. Midwest, for-
merly doing business as M.G.A., Inc.,
formerly doing business as Moovies,
Inc., formerly doing business as Movie
Gallery Asset Management, Inc., for-
merly doing business as Movie Gallery
Finance, Inc., formerly doing business
as M.G.A. Realty 1, Inc., formerly do-
ing business as Movie Gallery Licens-
ing, Inc., formerly doing business as
Movie Gallery Promotions, Inc., for-
merly doing business as Movie Gallery
Services, Inc., formerly doing business
as Movie Gallery US, Inc., formerly
doing business as MovieGallery.com,
Inc., formerly doing business as Video
Library, Inc., formerly doing business**

as **Video Update, Inc.; Hollywood Entertainment Corporation; M.G. Digital, LLC; M.G.A. Realty I, LLC; MG Automation LLC; Movie Gallery US, LLC, Respondents—Appellees.**

No. 09–2386.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 18, 2010.

Decided: Dec. 13, 2010.

Romaine S. Scott, III, Haskell Slaughter Young & Rediker, LLC, Birmingham, Alabama, for Appellant. Michael A. Condyles, Peter J. Barrett, Jeremy S. Williams, Kutak Rock LLP, Richmond, Virginia, for Appellees.

Before NIEMEYER, GREGORY, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith A. Cousins appeals from the bankruptcy court's orders holding him in contempt for filing a lawsuit in violation of the releases contained within the Order of Confirmation of the Appellees' Chapter 11 Bankruptcy Plan, and denying reconsideration of that order.* Our review of the record and the briefs filed by the parties discloses no reversible error. Accordingly, we affirm for the reasons stated by the bankruptcy court. *Cousins v. Movie Gallery,*

*Inc.,* No. 07–33849 (Bankr.E.D. Va. Sept. 25 & Nov. 17, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* We previously granted the parties' petition for permission to appeal directly to this court from the bankruptcy court. *See* Fed. R. Bankr.P. 8001(f)(2)(B).